PROB 12C
(6/16)

Report Date: May 2, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 03, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Mariela Del Rosario Penaloza       Case Number: 0980 1:22CR02032-SAB-1

Address of Offender: ███████████ Selah, Washington 98942

Name of Sentencing Judicial Officer: The Honorable Timothy S. Black, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: October 30, 2020

Original Offense:      Conspiracy to Possess With Intent to Distribute Fentanyl & Heroin
                       21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 846

Original Sentence:     Prison 36 months                Type of Supervision: Supervised Release
                       TSR - 60 months

Asst. U.S. Attorney:   Michael Davis Murphy            Date Supervision Commenced: July 30, 2021

Defense Attorney:      Federal Defender's Office       Date Supervision Expires: July 29, 2026

---

### PETITIONING THE COURT

To issue a summons.

On August 3, 2021, supervised release conditions were reviewed and signed by Ms. Penaloza, acknowledging her understanding of her conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #7**: You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |
| | **Supporting Evidence**: Ms. Penaloza is alleged to have violated her supervised release conditions by failing to report a change in her employment to the probation office as of December 17, 2023. |
| | On September 9, 2021, Ms. Penaloza reported to this officer that he she was offered a permanent position at Prediletto, Halpin, Scharnikow, and Nelson, P.S. |

Prob12C

**Re: Penaloza, Mariela Del Rosario**
**May 2, 2023**
**Page 2**

In January and February 2023, Ms. Penaloza submitted monthly reports to the probation office reporting she continued to work for the law firm and did not report any changes in employment.

On February 23, 2023, Ms. Penaloza's reported employer relayed to this officer that the offender has not been employed by the law firm since December 14, 2022.

2   **Special Condition #8**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Ms. Penaloza is alleged to have violated her supervised release conditions by consuming alcohol on or before March 20, 2023.

On March 20, 2023, Ms. Penaloza reported to the probation office as instructed and submitted to a urinalysis (UA). The offender denied consuming drugs and/or alcohol. The sample was negative for all drugs tested and sent to Alere Toxicology Services, Incorporated (Alere) for an alcohol screening. On March 25, 2023, Alere reported Ms. Penaloza's UA sample to be confirmed positive for alcohol.

On March 28, 2023, Ms. Penaloza reported to this officer that she consumed alcohol on March 18, 2023.

3   **Special Condition #8**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Ms. Penaloza is alleged to have violated her supervised release conditions by consuming alcohol on March 26, 2023.

On March 28, 2023, Ms. Penaloza reported to the probation office as instructed and submitted to a UA. The offender initially denied consuming drugs or alcohol; however, prior to attempting to collect the UA, Ms. Penaloza expressed to this officer that she consumed alcohol on March 26, 2023. Ms. Penaloza signed an admission/denial form admitting to consuming alcohol on March 26, 2023.

4   **Special Condition #8**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Ms. Penaloza is alleged to have violated her supervised release conditions by consuming alcohol on or before April 6, 2023.

Prob12C
Re: Penaloza, Mariela Del Rosario
May 2, 2023
Page 3

> On April 6, 2023, Ms. Penaloza reported to Merit Resource Services (Merit) and provided a UA. The sample was negative for all drugs tested and was sent to Alere for an alcohol screening. On April 10, 2023, Alere reported Ms. Penaloza's UA to be confirmed positive for alcohol.
>
> On April 13, 2023, Ms. Penaloza expressed to this officer that she consumed alcohol on April 4, 2023.

5     **Special Condition #8**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

> **Supporting Evidence**: Ms. Penaloza is alleged to have violated her supervised release conditions by consuming alcohol on or before April 24, 2023.
>
> On April 24, 2023, Ms Penaloza reported to the probation office as instructed and submitted to a UA. The sample returned presumptive positive for alcohol. Ms. Penaloza admitted to consuming alcohol and signed an admission/denial form admitting to her use on April 21, 2023.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 2, 2023

s/Araceli Mendoza

Araceli Mendoza
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

*Stanley A. Bastian*

Signature of Judicial Officer

5/3/2023

Date