PROB 12C
(6/16)

Report Date: June 16, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 20, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Mariela Del Rosario Penaloza          Case Number: 0980 1:22CR02032-SAB-1

Address of Offender: ▉▉▉▉▉▉▉▉▉▉ Yakima, Washington 98901

Name of Sentencing Judicial Officer: The Honorable Timothy S. Black, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: October 30, 2020

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Possess With Intent to Distribute Fentanyl & Heroin, 21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 846 | |
| Original Sentence: | Prison - 36 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Michael Murphy | Date Supervision Commenced: July 30, 2021 |
| Defense Attorney: | Ben Hernandez | Date Supervision Expires: July 29, 2026 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on May 2, 2023.

On August 3, 2021, supervised release conditions were reviewed and signed by Ms. Penaloza, acknowledging her understanding of her conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Ms. Penaloza is alleged to have violated her supervised release conditions by being cited for driving with a license suspended (DWLS), on June 8, 2023.<br><br>On June 8, 2023, Ms. Penaloza reported to this officer that Washington State Patrol (WSP) pulled her over and cited her for DWLS and operating a motor vehicle without an ignition interlock device. Ms. Penaloza reported to this officer that she was aware her license was suspended but chose to drive because she did not have a ride to her pet's grooming appointment. It should be noted that on April 8, 2023, this officer informed Ms. Penaloza that her driver's license was suspended and she was not to operate a motor vehicle without a valid license. |

Prob12C
Re: Penaloza, Mariela Del Rosario
June 16, 2023
Page 2

On June 12, 2023, the responding WSP trooper reported to this officer that Ms. Penaloza was pulled over on June 8, 2023, for being on her cellular telephone while operating her motor vehicle. After further investigation, she was cited her for DWLS and operating a motor vehicle without an ignition interlock.

As of the submission of this petition, the incident report for the aforementioned violations has been requested; however, this officer has not received said records.

7    **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: Ms. Penaloza is alleged to have violated her supervised release conditions by being cited for operating a motor vehicle without an ignition interlock device on June 8, 2023.

Please refer to violation #6 for supporting evidence details.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    June 16, 2023

s/Araceli Mendoza

Araceli Mendoza
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_____
Signature of Judicial Officer

6/20/2023
Date