PROB 12C
(6/16)

Report Date: June 7, 2024

# United States District Court

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

for the

**Jun 12, 2024**

Eastern District of Washington

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Mariela Del Rosario Penaloza        Case Number: 0980 1:22CR02032-SAB-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮ Selah, Washington 98942

Name of Sentencing Judicial Officer: The Honorable Timothy S. Black, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: October 30, 2020

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Possess With Intent to Distribute Fentanyl & Heroin 21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 846 | |
| Original Sentence: | Prison - 36 months TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Michael Davis Murphy | Date Supervision Commenced: July 30, 2021 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: July 29, 2026 |

## PETITIONING THE COURT

To issue a warrant.

On August 3, 2021, supervised release conditions were reviewed and signed by Ms. Penaloza, acknowledging her understanding of her conditions. On August 23, 2023, in lieu of a revocation judgment, the Court entered an order (ECF 30), which included imposing new special conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #2**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |
| | **Supporting Evidence**: Ms. Penaloza is alleged to have violated her supervised release conditions by consuming alcohol on or before March 27, 2024. |
| | On March 28, 2024, Ms. Penaloza's Yakima County Probation Officer contacted this officer via telephone and reported the offender submitted a presumptive positive urinalysis (UA) for alcohol on March 27, 2024. |
| | On April 11, 2024, during a telephonic conversation and after confronting Ms. Penaloza about her recent failed UA, the offender expressed she had "messed up" and relapsed on alcohol. |

Prob12C
**Re: Penaloza, Mariela Del Rosario**
**June 7, 2024**
**Page 2**

On April 16, 2024, during a probation office appointment, Ms. Penaloza expressed she consumed alcohol on March 27, 2024, because she was "celebrating" that she would be commencing school soon. Ms. Penaloza signed a drug use admission/denial form admitting to consuming alcohol on March 27, 2024.

2    **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Ms. Penaloza is alleged to have violated her supervised release conditions by testing positive for cocaine on or before April 24, 2024.

On April 24, 2024, Ms. Penaloza reported to the probation office as instructed and submitted to a UA. The UA was presumptive positive for cocaine. Ms. Penaloza denied consuming drugs or alcohol and signed a drug use admission/denial form denying consuming the controlled substance. The sample was sent to Alere Toxicology Services, Incorporated (Alere) for confirmation.

On April 28, 2024, Alere reported Ms. Penaloza's UA to be confirmed positive for cocaine.

3    **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: Ms. Penaloza is alleged to have violated her supervised release conditions by failing report to the probation office on May 13, 2024.

On May 2, 2024, during an office appointment, Ms. Penaloza was instructed to report to the probation office on May 13, 2024, at 3:45 p.m. or after her mental health appointment on that same date.

On May 13, 2024, Ms. Penaloza failed to report to the probation office as instructed. On this same date at 3:46 p.m., Ms. Penaloza contacted this officer via text message and reported she was at the hospital because she had COVID-19. It should be noted, at 3:47 p.m. this officer attempted to call Ms. Penaloza twice, but was unsuccessful. This officer ultimately sent Ms. Penaloza a text message instructing her to report to the probation office the following day at 8 a.m. This officer later learned from Ms. Penaloza that she did not go to the hospital like she had originally reported to this officer, and instead visited a local urgent care clinic. The offender expressed she tested negative for COVID-19, but continued to feel ill. It should also be noted, Ms. Penaloza was unable to provide proof of said appointment at urgent care and/or her COVID-19 results.

Prob12C
**Re: Penaloza, Mariela Del Rosario**
**June 7, 2024**
**Page 3**

| | | |
|---|---|---|
| 4 | | **Special Condition #2**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |

**Supporting Evidence**: Ms. Penaloza is alleged to have violated her supervised release conditions by consuming alcohol on or before May 14, 2024.

On May 14, 2024, Ms. Penaloza reported to the probation office at 2:07 p.m., for her 8 a.m. appointment. During this same appointment she submitted to a UA. The offender denied consuming drugs and/or alcohol. The sample returned negative for all drugs tested and was sent to Alere for alcohol screening. On May 31, 2024, Alere reported Ms. Penaloza's UA to be confirmed positive for alcohol.

On June 4, 2024, during a telephonic conversation, Ms. Penaloza reported to this officer that she consumed alcohol on or about May 12, 2024.

5  **Standard Condition #4**: You must answer truthfully the questions asked by your probation officer.

**Supporting Evidence**: Ms. Penaloza is alleged to have violated her conditions of supervised release by failing to be truthful to her probation officer on May 14, 2024.

On May 14, 2024, Ms. Penaloza reported to the probation office and submitted a UA. During this same appointment, this officer asked Ms. Penaloza if she had compromised her sobriety. The offender denied consuming drugs and/or alcohol since her last reported use of alcohol in March of 2024.

On May 31, 2024, Alere reported Ms. Penaloza's UA sample was confirmed positive for alcohol.

On June 4, 2024, during a telephonic conversation, Ms. Penaloza expressed to this officer that she consumed alcohol on or about May 12, 2024. The offender expressed she was dishonest with this officer on May 14, 2024, regarding her continued use of alcohol.

6  **Special Condition #2**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Ms. Penaloza is alleged to have violated her supervised release conditions by consuming alcohol on or about May 23, 2024

On June 4, 2024, during a telephonic conversation to discuss Ms. Penaloza's recent noncompliant behavior, the offender expressed to this officer that she last consumed alcohol on or about May 23, 2024.

Prob12C
Re: Penaloza, Mariela Del Rosario
June 7, 2024
Page 4

7     **Special Condition #4**: You must complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. You must allow reciprocal release of information between the supervising officer and treatment provider. You must contribute to the cost of treatment according to your ability to pay.

       **Supporting Evidence**: Ms. Penaloza is alleged to have violated her supervised release conditions by failing to attend and follow her mental health treatment recommendations with M. Gaby Mondragon, LLC, for the month of May 2024, and on June 3, 2024.

       On June 3, 2024, Ms. Penaloza's mental health counselor reported to this officer that Ms. Penaloza had failed to attend her scheduled therapy appointment on this same date. She also expressed Ms. Penaloza had not reported for mental health treatment since April 2024, and had missed three scheduled appointments in May 2024.

8     **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

       **Supporting Evidence**: Ms. Penaloza is alleged to have violated her supervised release conditions by failing to report to the probation office on June 5, and 6, 2024.

       On June 4, 2024, at 11:57 a.m., this officer made telephonic contact with Ms. Penaloza to discuss her recent noncompliant behavior. This officer instructed the offender to report to the probation office on June 5, 2024, before 2 p.m. It should be noted, Ms. Penaloza was offered the opportunity to report to the probation office in the morning but she requested to report in the afternoon.

       On June 5, 2024, at 2:20 p.m. Ms. Penaloza contacted this officer via text message and expressed she would not be able to make it to her appointment. On this same date, at 2:21 p.m., this officer called Ms. Penaloza and instructed her to report to probation office before the end of the day. The offender expressed she was working on a PowerPoint for school and would call this officer later this same date. Ms. Penaloza failed to report to the probation office and did not attempt to make further contact with this officer.

       On June 6, 2024, at 8:03 a.m. this officer made a final attempt to make telephonic contact with Ms. Penaloza, but was unsuccessful. This officer also sent Ms. Penaloza a text message instructing her to report to the probation office on this same date by 10:30 a.m. Ms. Penaloza failed to report to the probation office and did not contact this officer on June 6, 2024. As of the writing of this report, Ms. Penaloza has not reported to the probation office nor made contact with this officer.

9     **Special Condition #1**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Ms. Penaloza is alleged to have violated her supervised release conditions by failing to attend and comply with her substance abuse treatment program at Merit Resource Services (Merit) on June 5, 2024.

On June 5, 2024, at 5:14 p.m., Ms. Penaloza's substance abuse counselor at Merit contacted this officer and reported a concerning conversation he had with the offender on this same date. Merit reported Ms. Penaloza was vague and made little sense. Merit instructed Ms. Penaloza to report to her scheduled group and submit to a UA at the Merit office.

On June 6, 2024, Merit reported to this officer that Ms. Penaloza failed to comply with her treatment recommendations, specifically she failed to attend group and did not submit a UA on June 5, 2024.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   June 7, 2024

s/Araceli Mendoza

Araceli Mendoza
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ X ]  The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

6/12/2024
Date