PROB 12C
(6/16)

Report Date: September 27, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 27, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Mariela Del Rosario Penaloza          Case Number: 0980 1:22CR02032-SAB-1

Address of Offender: ████████████ Selah, Washington 98942

Name of Sentencing Judicial Officer: The Honorable Timothy S. Black, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: October 30, 2020

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Possess With Intent to Distribute Fentanyl & Heroin, 21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 846 | |
| Original Sentence: | Prison - 36 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(07/22/2024) | Prison - Time Served (27 days)<br>TSR - 36 months | |
| Asst. U.S. Attorney: | Michael David Murphy | Date Supervision Commenced: July 22, 2024 |
| Defense Attorney: | Juliana M Van Wingerden | Date Supervision Expires: July 21, 2027 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on August 26, 2024.

On July 25, 2024, supervised release conditions were reviewed and signed by Ms. Penaloza, acknowledging her understanding of her conditions special conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number          Nature of Noncompliance

7          **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: Ms. Penaloza is alleged to have violated her supervised release conditions by being cited for driving with a license suspended (DWLS), on August 29, 2024.

In summary of the Selah Police Department (SPD) narrative report for case number 24H2584, the following occurred: On August 29, 2024, Ms. Penaloza's vehicle alerted a City of Selah Flock camera, that the registered owner, Ms. Penaloza, had an active warrant. SPD confirmed Ms. Penaloza's driver's license was suspended or revoked and she was required to have an ignition interlock device installed in her vehicle.

Prob12C
**Re: Penaloza, Mariela Del Rosario**
**September 27, 2024**
**Page 2**

Using a Department of Licensing photo, SPD was able to identify Ms. Penaloza as the driver of the vehicle. Upon contact with Ms. Penaloza, the offender expressed to SPD that she was aware her license was suspended and that she had an active warrant. Ms. Penaloza also denied having an ignition interlock installed in her vehicle. Therefore, Ms. Penaloza was arrested on her active federal warrant and cited for DWLS and operating a motor vehicle without an ignition interlock device.

8            **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: Ms. Penaloza is alleged to have violated her supervised release conditions by being cited for operating a motor vehicle without an ignition interlock device, on August 29, 2024.

Refer to violation #7 for details.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    September 27, 2024

s/Araceli Mendoza

Araceli Mendoza
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

9/27/2024

Date